**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FERNANDO NELSON AYALA-RAMOS, a.k.a. Jose, a.k.a. Nelson Fernando Ramos-Ayala, <br><br> Petitioner - Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent - Appellee. | No. 11-56487 <br><br> D.C. Nos.   2:10-cv-07648-PA <br>         2:09-cr-00242-PA <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted July 22, 2014[**]

Before:     GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

Federal prisoner Fernando Nelson Ayala-Ramos appeals from the district

court's order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct

his sentence.  We have jurisdiction under 28 U.S.C. § 2253.  We review de novo

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

the district court's denial of a section 2255 motion, *see United States v. Aguirre-Ganceda*, 592 F.3d 1043, 1045 (9th Cir. 2010), and we vacate and remand.

Ayala-Ramos contends that his counsel rendered ineffective assistance by failing to comply with instructions to file a notice of appeal. The government agrees that this claim is controlled by *United States v. Sandoval-Lopez*, 409 F.3d 1193, 1197-98 (9th Cir. 2005), which holds that when counsel fails to follow a client's instructions to file a notice of appeal, there is both deficient performance and prejudice. Accordingly, we vacate and remand to the district court for an evidentiary hearing to determine the veracity of Ayala-Ramos's allegation that counsel did not follow his instructions to file a notice of appeal. *See id*. at 1198. Alternatively, if the government does not object, the district court may vacate and reenter the judgment in Ayala-Ramos's criminal proceedings, allowing Ayala-Ramos to file a timely notice of appeal. *See id*.

**VACATED and REMANDED with instructions.**